UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Rik Lineback, Regional Director
of the Twenty-Fifth Region of the
National Labor Relations Board,
for and on behalf of the
NATIONAL LABOR RELATIONS BOARD
    Petitioner

v.

MARSH SUPERMARKETS, INC.
    Respondent

CIVIL NO.

1:11-cv-0188 SEB-MJD

FILED
FEB 07 2011
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, Rebekah Ramirez hereby enters her appearance on behalf of the Petitioner, Rik Lineback.

Rebekah Ramirez
Phone: (317) 226-5618
Fax: (317) 226-5103
E-mail: rebekah.ramirez@nlrb.gov

_____
Rebekah Ramirez
Counsel for Petitioner

National Labor Relations Board
Region Twenty-Five
Rm. 238, Minton-Capehart Fed. Bldg.
575 North Pennsylvania Street
Indianapolis, Indiana 46204

H:\R25Com\25 C Cases\25-CA-31502\10(j)\DCT.25-CA-31502.Notice of Appearance